No. 4337.—HERNÁNDEZ ET AL., APLDOS., *v.* OTERO, APLTE. —C. D. San Juan. Cobro de dinero. Julio 20, 1927. Oídas las partes sobre la moción del apelado para que desestimemos esta apelación porque se han concedido al taquígrafo muchas prórrogas para presentar la transcripción de la evidencia, habiendo transcurrido más de noventa días desde que la apelación fué interpuesta; apareciendo que la corte inferior estuvo justificada al conceder dichas prórrogas

fundadas en el excesivo trabajo del taquígrafo y que la transcripción de la evidencia ya está presentada en la corte inferior para su aprobación, *no ha lugar a desestimar la apelación.*